EDC.006–625   Order on Extension of Deadline to File Missing Documents and Extension of Time for Dismissal of Case   (v.3.14)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

## ORDER ON EXTENSION OF DEADLINE TO FILE MISSING DOCUMENTS AND EXTENSION OF TIME FOR DISMISSAL OF CASE

In re
Lisa Marie Gee
1886 Pico Rivera Drive
Roseville, CA 95747

Debtor(s).

Case Number
18–26825 – E – 13C

The court has reviewed the Debtor(s) ex parte _motion_ to extend time to file certain missing case related documents filed with this court on 11/12/18 (the "Ex Parte Motion"). The case trustee and the U.S. Trustee have been given electronic notice of the Ex Parte Motion as required by FRBP 1007(c) and no objection has been filed.

The court's Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed (the "NOID") required the missing documents to be filed with the court not later than 11/13/18. Based on the Ex Parte Motion, and good cause appearing,

[ X ] GRANTED.

   **IT IS ORDERED** that the time set forth in the NOID for the Debtor(s) to file the required missing documents shall be extended until 11/26/18.

   The Debtor(s) is (are) responsible to give timely notice of commencement of the case, and of all deadlines, to all creditors not included on the original master address list. The Debtor(s) shall file a proof of service showing that all creditors were served with said notice not later than five (5) court days after the Missing Documents are filed.

   **IT IS FURTHER ORDERED** (chapter 13 only) that the Debtor(s) is (are) also responsible to serve the Chapter 13 plan with a motion for confirmation and set that matter for hearing in compliance with Local Rule 3015–1(c)(3).

   **IT IS FURTHER ORDERED** that the clerk of the court shall dismiss this case pursuant to the NOID without further notice if the Debtor(s) does (do) not file the Missing Documents by the extended date set forth above.

   **IT IS FURTHER ORDERED** that no further extensions of time to file the Missing Documents will be granted by ex parte application. In all other respects, the NOID shall remain applicable.

[ ] DENIED.

**Dated:** November 13, 2018

**By the Court**

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Order on Extension of Deadline to File Missing Documents and Extension of Time for Dismissal of Case.

Lisa Marie Gee
1886 Pico Rivera Drive
Roseville, CA 95747

Steele Lanphier
1860 Howe Ave Suite 330
Sacramento, CA 95825

David Cusick
PO Box 1858
Sacramento, CA 95812–1858